

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00303-CR

Fredys Antonio **VARELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3463
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 16, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice